Date: 01/26/10   DIVIDENDS REMITTED TO THE COURT   # 149721   Page: 1

Case Number 08-10160 - GRIFFITH, FRANK S.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| EMH Regional Medical Center<br>630 East River<br>Elyria, OH 44035 | 000002 | 75.00 | 3.36  ck 104 |
| ---------- Remittance Total ---------- | | 75.00 | 3.36 |

*LAUREN A. HELBLING, Trustee*

FILED 2010 JAN 26 PM 3:05 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND